■ In the Matter of PATRICK VALCARCEL, Petitioner, v HARRY EDELSTEIN, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of respondent dated January 18, 1985, which denied petitioner's application for a pistol permit and a dealer's permit.

Determination confirmed and proceeding dismissed on the merits, without costs or disbursements.

The determination of respondent was supported by substantial evidence in the record and was neither arbitrary nor capricious *(see, Matter of Jenkins v Martin,* 99 AD2d 811). Good cause existed for the denial of the permit *(see,* Penal Law § 400.00 [1] [d]). Brown, J. P., Weinstein, Lawrence and Eiber, JJ., concur.